UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTIS EXZOLUS WILLIS,

    Plaintiff,

v.

    Case No. 15-cv-11258
    Hon. Matthew F. Leitman

GREEN TREE SERVICING, LLC
And CITIMORTGAGE,

    Defendant.

_____/

## ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF #17), AND (2) GRANTING DEFENDANTS' MOTIONS TO DISMISS (ECF ## 10, 11)

On August 12, 2015, Magistrate Judge David Grand issued a Report and Recommendation ("R&R") recommending that the Court grant the motions to dismiss filed by Defendants Green Tree Servicing, LLC (ECF #10) and Citimortgage (ECF #11). (*See* ECF #17.) The R&R stated that the parties could object to and seek review of the recommendation within fourteen days. (*See id.* at 16, Pg. ID 276.) The R&R further advised that "[o]nly specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have." (*Id.*)

1

Neither party has objected to the R&R and the time to file such objections has expired. Failure to file objections to the R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). The Court has nevertheless reviewed the R&R and agrees with the findings and conclusions of the Magistrate Judge.

Therefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's August 12, 2015, Report and Recommendation (ECF #17) is **ADOPTED** as the Opinion of this Court. **IT IS FURTHER ORDERED**, for the reasons stated in the R&R, that the Court **GRANTS** the Motions to Dismiss filed by Defendant Green Tree Servicing, LLC (ECF #10) and Citimortgage (ECF #11).

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2015, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113

2